IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:10cr138-MHT |
| | ) | (WO) |
| SAMUEL HARRISON COULTER | ) | |

ORDER

In accordance with the habeas opinion and judgment (Doc. Nos. 55 and 56), it is ORDERED as follows:

(1) The final judgment (Doc. No. 46) is vacated.

(2) Resentencing is hereby set on July 12, 2011 at 5:00 p.m., Courtroom 2FMJ, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 12th day of July, 2011.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE